UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT P. HOLLINGSWORTH III,

     Plaintiff,

                                      Case No. 1:25-cv-1932

v.

                                        HON. JANE M. BECKERING

MICHIGAN STATE UNIVERSITY, et al.,

     Defendants.

_____ /

## **ORDER**

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 7) on February 9, 2026, recommending that the Court dismiss Plaintiff's complaint on res judicata grounds and recommending that an appeal would not be taken in good faith.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's complaint is DISMISSED on res judicata grounds.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: March 4, 2026                            /s/ Jane M. Beckering
                                            JANE M. BECKERING
                                            United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.